1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   ALETHIA LYNN BESTENHEIDER,                Case No.  1:24-cv-00313-SAB

10              Plaintiff,

11        v.                                   ORDER RE STIPULATION FOR 7-DAY
                                               BRIEFING EXTENSION (SOCIAL
12  COMMISSIONER OF SOCIAL                     SECURITY DISABILITY APPEAL)
    SECURITY,
13                                             (ECF No. 12)
                Defendant.
14

15

16        Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's

17  opening brief shall be filed on or before **June 17, 2024** all other deadlines are modified

18  accordingly.

19
    IT IS SO ORDERED.
20

21  Dated:    **June 5, 2024**        _____
                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28