# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETHIA LYNN BESTENHEIDER,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-00313-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 16) |

On July 16, 2024, the parties filed a stipulation to extend the time for Defendant to file a response to Plaintiff's motion for summary judgment. (ECF No. 16.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's motion for summary judgment on or before **August 19, 2024.**

IT IS SO ORDERED.

Dated: __July 16, 2024__

                                    UNITED STATES MAGISTRATE JUDGE