Melissa Newel (CA SB#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ALETHIA LYNN BESTENHEIDER

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER
6401 Security Boulevard
Baltimore, Maryland  21235
(303) 844-6232
Noah.Schabacker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETHIA LYNN BESTENHEIDER,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY[1], COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:24-cv-00313-SAB<br><br>STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))<br><br>(ECF No. 21) |

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure and 42 U.S.C. §405(g), Martin O'Malley is hereby substituted as the named defendant in the above-captioned action.

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2 attorneys, subject to the approval of the Court, that Alethia Lynn Bestenheider ("Plaintiff") be
3 awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the
4 amount of nine thousand two hundred and nine dollars and ninety-four cents ($9,209.94). This
5 represents compensation for legal services rendered on behalf of Plaintiff by counsel in
6 connection with this civil action, in accordance with 28 U.S.C. §2412 (d).
7    After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8 the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10 attorney fees are subject to any offset allowed under the United States Department of the
11 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12 determine whether they are subject to any offset.
13    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
16 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
17 made shall be delivered to Plaintiff's counsel by electronic transfer.
18    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19 attorney fees and does not constitute an admission of liability on the part of Defendant under
20 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
21 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
22 and expenses in connection with this action.
23    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
24 Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.
25    ///
26    ///
27    ///
28    ///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: September 30, 2024 | | NEWEL LAW |
| | By: | *Melissa Newel* |
| | | Melissa Newel |
| | | Attorney for Plaintiff |
| | | ALETHIA LYNN BESTENHEIDER |
| Dated: September 30, 2024 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | MATHEW W. PILE |
| | | Associate General Counsel |
| | | Office of Program Litigation, Office 7 |
| | | Social Security Administration |
| | By: | Noah Schabacker* |
| | | NOAH SCHABACKER |
| | | (*Authorized by email dated 09/30/2024 |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

IT IS HEREBY ORDERED that fees and expenses in the amount of nine thousand two hundred and nine dollars and ninety-four cents ($9,209.94) as authorized by 28 U.S.C. § 2412 are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **September 30, 2024**   _____
UNITED STATES MAGISTRATE JUDGE